# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

CARLOS FRAZIER,

    PLAINTIFF,

v.                                    CASE NO. CV-10-J-322-NE

CITY OF HUNTSVILLE, et al.,

    DEFENDANTS.

## ORDER

The parties having filed a joint stipulation of dismissal (doc. 19) with prejudice pursuant to Rule 41, and the court having considered said stipulation, takes said stipulation as a motion and grants the same.

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED**. This action is **DISMISSED WITH PREJUDICE,** each party to bear its own costs.

**DONE** and **ORDERED** this the 6th day of July, 2010.

                                              INGE PRYTZ JOHNSON
                                              U.S. DISTRICT JUDGE